**Granted at hearing held on 12/12/17.**



**IT IS HEREBY ADJUDGED and DECREED that the
below described is SO ORDERED.**

**Dated: December 12, 2017.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS YOUNG, | ) | |
| | ) | **Bankruptcy Case No. 17-30163** |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| PAMELA YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adversary Case No. 17-03009** |
| | ) | |
| TRAVIS YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON DEFENDANT TRAVIS YOUNG'S MOTION TO ALLOW WITHDRAWAL AND SUBSTITUTION OF COUNSEL IN ADVERSARY PROCEEDING PURSUANT TO L. RULE 2014

On this day came to be considered the *Motion to Allow Withdrawal and for Substitution of Counsel in Adversary Proceeding Pursuant to L. Rule 2014* filed by Defendant Travis Young (the "*Motion*"). After consideration of the pleadings and the arguments of Counsel, as well as

the Court finding that notice was proper to the necessary Parties, this Court is of the opinion that the relief requested in the *Motion* should be granted in its entirety.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Michael Nevarez, Esq. is permitted to withdraw as attorney of record for Defendant Travis Young in Adversary Proceeding No. 17-03009;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Miranda & Maldonado, P.C. is authorized to substitute as Counsel for Travis Young in Adversary Proceeding No. 17-03009 and is designated as new counsel of record for the Defendant in place of Michael Nevarez, Esq., who is relieved of his obligations and duties to this Court in this case.

***

ORDER SUBMITTED BY:

Carlos A. Mirana III, Esq.
Gabe Perez, Esq.
MIRANDA & MALDONADO, P.C.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
cmiranda@eptxlawyers.com
gperez@eptxlawyers.com

Attorneys for Travis Young

Young,
     Plaintiff                                     Adv. Proc. No. 17-03009-hcm

Young,
     Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-3       User: yarbrough       Page 1 of 1       Date Rcvd: Dec 12, 2017
                        Form ID: pdfapac      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
```
pla           +Pamela W Young,   c/o Corey W. Haugland,   James & Haugland, P.C.,   609 Montana Avenue,
               El Paso, TX 79902-5303
dft           +Travis Ryan Young,   6647 Mariposa,   El Paso, TX 79912-3215
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Dec 12 2017 23:45:15
               United States Trustee - EP12,   U.S. Trustee's Office,   615 E. Houston, Suite 533,
               P.O. Box 1539,   San Antonio, TX  78295-1539
```
                                                       TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
```
          Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com,
          wendy@eptxlawyers.com
          Corey W. Haugland    on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
          Michael R. Nevarez    on behalf of Defendant Travis Ryan Young MNevarez@LawOfficesMRN.com,
          MRN4Bankruptcy@gmail.com
          Ronald E Ingalls    ecf@ingallstrustee.com,
          ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
```
                                                        TOTAL: 4