**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 12, 2017.**



_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TRAVIS RYAN YOUNG | § | Case No. 17-30163-HCM |
| Debtor. | § | |
| PAMELA W. YOUNG | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 17-03009-HCM |
| | § | |
| TRAVIS RYAN YOUNG | § | |
| Defendant. | § | |

## ORDER REGARDING MOTION TO
## COMPEL, CIVIL CONTEMPT, AND SANCTIONS (TRAVIS YOUNG)

On December 12, 2017, the Court conducted a hearing on the Motion to Compel, for Order of Civil Contempt, and for Sanctions Against Travis Ryan Young ("Motion") (dkt# 102) filed by Pamela Young ("Plaintiff"). Mr. Travis Young ("Defendant") and Mr. Carlos Miranda, as counsel for Defendant, appeared at the hearing. Mr. Corey Haugland, as counsel for Plaintiff, also appeared at the hearing.

Through the Motion, Plaintiff seeks to compel Defendant to produce certain documents requested in Plaintiff's First Request for Production served on Defendant on July 18, 2017 ("Document Request"). Plaintiff also seeks to hold Defendant in civil contempt, and sanctions for non-compliance with the Document Request. The Court has considered the Motion, the Document Request, the Defendant's Responses to the

1

Document Request dated September 25, 2017, and the statements and arguments of counsel. The Court finds that the following Order should be entered on the Motion.

**IT IS THERFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. The Motion to Compel, for Order of Civil Contempt, and for Sanctions Against Travis Young ("Motion")(dkt #102) filed by Pamela Young ("Plaintiff") is hereby GRANTED to the extent set forth below.

2. By December 27, 2017, Mr. Travis Young shall produce for inspection and photocopying to Plaintiff's counsel, the following documents sought in the Document Request which are within Mr. Travis Young's possession, custody, or control: Document Request Nos. 1, 2, 3, 4, 5, 6, 35, 36, 37, 38, 39, 40, 41, 42, 43, 55, 56, 57(1), and 57(2).

3. By December 29, 2017, Mr. Travis Young shall also provide Plaintiff's counsel with a sworn written Response to the Document Request, which shall set forth, by each specific Document Request Nos. 1, 2, 3, 4, 5, 6, 35, 36, 37, 38, 39, 40, 41, 42, 43, 55, 56, 57(1), and 57(2): (a) the responsive documents actually produced by Mr. Travis Young to Plaintiff's counsel; and (b) which requested documents could not be produced to Plaintiff's counsel because the documents do not exist. Mr. Travis Young may not respond to the Document Request by stating that the documents have been or will be produced by some other person.

4. If by December 27, 2017, Mr. Travis Young fails to produce the documents required by this Order, or if by December 29, 2017, Mr. Travis Young fails to provide the sworn Response to the Document Request required by this Order, then Mr. Travis Young will be in civil contempt of Court. In such event, Plaintiff will also be entitled to seek additional and further relief and sanctions from the Court against Mr. Travis Young, including without limitation, denial of Mr. Travis Young's bankruptcy discharge under 11 U.S.C. § 727(a)(6)(A).

5. Mr. Carlos Miranda, as counsel for Mr. Travis Young, shall cause a copy of this Order to be served upon Mr. Travis Young.

6. Any relief requested in the Motion which is not expressly granted in this Order is hereby DENIED without prejudice.

# # #

```
Young,
         Plaintiff                                              Adv. Proc. No. 17-03009-hcm

Young,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0542-3          User: cardenasr              Page 1 of 1                   Date Rcvd: Dec 13, 2017
                              Form ID: pdfintp             Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
```
aty            +Michael R. Nevarez,   The Law Offices of Michael R. Nevarez,   P.O. Box 12247,
                 El Paso, TX 79913-0247
pla            +Pamela W Young,   c/o Corey W. Haugland,   James & Haugland, P.C.,   609 Montana Avenue,
                 El Paso, TX 79902-5303
dft            +Travis Ryan Young,   6647 Mariposa,   El Paso, TX 79912-3215
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Dec 13 2017 23:15:52
                United States Trustee - EP12,   U.S. Trustee's Office,   615 E. Houston, Suite 533,
                P.O. Box 1539,   San Antonio, TX  78295-1539
                                                                                                 TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
```
          Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com,
           wendy@eptxlawyers.com
          Corey W. Haugland    on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
          Michael R. Nevarez    on behalf of Defendant Travis Ryan Young MNevarez@LawOfficesMRN.com,
           MRN4Bankruptcy@gmail.com
          Ronald E Ingalls    ecf@ingallstrustee.com,
           ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
                                                                                             TOTAL: 4
```