# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TRAVIS YOUNG,** | ) | |
| | ) | |
|     Debtor. | ) | Bankruptcy Case No. 17-30163-HCM |
| | ) | Chapter 7 |
| | ) | |
| **PAMELA YOUNG,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 17-03009 |
| | ) | |
| **TRAVIS YOUNG, Individually and** | ) | |
| **d/b/a PREMIER BUILDERS,** | ) | |
| | ) | |
|     Defendant. | ) | |

## TRAVIS YOUNG'S CERTIFICATE OF PRODUCTION AND DELIVERY OF WRITTEN DISCOVERY

Comes now Travis Young, Defendant herein in the above *Adversary Proceeding* and states that the following documents were served on the Counsel of Record for Plaintiff, Pamela Young, on December 27, 2017, by hand-delivery in accordance with the prior *Order* of this Court:

- Defendant Travis Young's *Responses to Plaintiffs First and Second Requests for Production*.

Respectfully submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda III, Esq.
Carlos A. Miranda III, Esq.
Carlos G. Maldonado, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
cmiranda@eptxlawyers.com
cmaldonado@eptxlawyers.com

Attorneys for Travis Young

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 28th day of December 2017, I served a true and correct copy of the *Certificate of Production and Delivery of Written Discovery* by Electronic Service to the following Parties:

**Plaintiff**
Pamela W. Young
c/o Corey W. Haugland, Esq.
James & Haugland, P.C.
609 Montana Avenue
El Paso, Texas 79902

**Chapter 7 Trustee**
Ronald E. Ingalls
P.O. Box 2867
Fredericksburg, Texas 78624-1927

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
Carlos G. Maldonado, Esq.
Attorneys for Travis Young

Young v. Young - *Travis Young's Certificate of Production and Delivery of Written Discovery* – Page 2