**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TRAVIS YOUNG,** | ) | |
| | ) | |
|     Debtor. | ) | Bankruptcy Case No. 17-30163-HCM |
| _____ | ) | Chapter 7 |
| | ) | |
| **PAMELA YOUNG,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 17-03009 |
| | ) | |
| **TRAVIS YOUNG, Individually and** | ) | |
| **d/b/a PREMIER BUILDERS,** | ) | |
| | ) | |
|     Defendant. | ) | |

**TRAVIS YOUNG'S CERTIFICATE OF SERVICE OF DEFENDANT'S
SWORN RESPONSES TO FIRST AND SECOND REQUESTS FOR PRODUCTION**

Comes now Travis Young, Defendant herein in the above *Adversary Proceeding* and states that on December 29, 2017, he had served his *Sworn Responses to First and Second Requests for Production* on Counsel of Record for Plaintiff, Pamela Young, by hand-delivery in accordance with the prior *Order* of this Court.

    Respectfully submitted,

    **MIRANDA & MALDONADO, P.C.**

    /s/ Carlos A. Miranda III, Esq.
    Carlos A. Miranda III, Esq.
    Carlos G. Maldonado, Esq.
    5915 Silver Springs, Bldg. 7
    El Paso, Texas 79912
    (915) 587-5000 (Telephone)
    (915) 587-5001 (Facsimile)
    **cmiranda@eptxlawyers.com**
    **cmaldonado@eptxlawyers.com**

    Attorneys for Travis Young

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 29th day of December 2017, I served a true and correct copy of the *Defendant's Sworn Responses to First and Second Requests for Production* by Hand-Delivery and Electronic Service to Plaintiff Pamela W. Young c/o Corey W. Haugland, Esq., James & Haugland, P.C., 609 Montana Avenue, El Paso, Texas 79902, chaugland@jghpc.com, and by Electronic Service to the Chapter 7 Trustee, Ronald E. Ingalls, P.O. Box 2867, Fredericksburg, Texas 78624-1927, ron@ingallstrustee.com.

                                        /s/ Carlos A. Miranda, Esq.
                                        Carlos A. Miranda, Esq.
                                        Carlos G. Maldonado, Esq.
                                        Attorneys for Travis Young