Label Matrix for local noticing
0542-3
Case 17-30163-hcm
Western District of Texas
El Paso
Fri Jan 26 17:48:25 CST 2018

United States Trustee (SMG37)
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

ATTORNEY GENERAL OF TEXAS
COLL. DIV/BANKRUPTCY SECTION
P.O. BOX 12548
Austin, TX 78711-2548

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298

Citi Cards
P.O. Box 6241
Sioux Falls, SD 57117-6241

City of El Paso
c/o Delgado Acosta
221 N. Kansas, Suite 1400
El Paso, TX 79901-1400

City of El Paso
c/o Don Stecker
711 Navarro Ste. 300
San Antonio, Tx 78205-1749

Dan Fink
356 Silver Star
El Paso, TX 79912-3055

Diversified Consultants
P.O. Box 551268
Jacksonville, FL 32255-1268

E.P. Bud Kirk
Attorney at Law
600 Sunland Park Drive, #4-400
El Paso, TX 79912-5134

INTERNAL REVENUE SERVICE
P.O. BOX 7346
Philadelphia, PA 19101-7346

Kathleen Hernandez
P.O. Box 13413
El Paso, TX 79913-3413

Mark Salloum
Attorney at Law
561 S. Mesa Hills, Suite 100
El Paso, TX 79912-5550

Old Republic Surety Company
Dennis McDonnell, VP Claims
445 S. Moorland Road, Suite 200
Brookfield, WI 53005-4254

Pamela Young
c/o Corey W. Haugland
James & Haugland, P.C.
609 Montana Avenue
El Paso, Texas 79902-5303

Pamela Young
c/o Corey W. Haugland
James & Haugland, P.C.
P.O. Box 1770
El Paso, TX 79949-1770

Pamela Young
c/o Jason Chapman
611 E. Schuster ,Bldg. 1
El Paso, TX 79902

Travis Ryan Young
c/o Michael R. Nevarez
The Nevarez Law Firm, PC
P.O. Box 12247
El Paso, TX 79913-0247

U.S. ATTORNEY/FHA/HUD/VA/IRS
601 N.W. LOOP 410
SUITE 600
SAN ANTONIO, TX 78216-5512

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Vargas CPA, PC
4855 N. Mesa St.
Suite 112
El Paso, TX 79912-5939

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr.
Suite 550
Saint Charles, MO 63304-2225

Carlos A. Miranda III
Miranda & Maldonado, P.C.
5915 Silver Springs
Bldg. 7
El Paso, TX 79912-4126

Ronald E Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927

Travis Ryan Young
5647 Mariposa
El Paso, TX 79912-3215

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

End of Label Matrix
Mailable recipients   27
Bypassed recipients    0
Total                 27