IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS RYAN YOUNG, | ) | |
| | ) | |
| Debtor. | ) | Bankruptcy Case No. 17-30163-HCM-13 |
| _____ | ) | |
| | ) | |
| PAMELA YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 17-03009 |
| | ) | |
| TRAVIS RYAN YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION FOR EXPEDITED SETTING ON
TRAVIS YOUNG'S MOTION TO COMPEL TURNOVER
OF PROPERTY OF THE ESTATE
PURSUANT TO 11 U.S.C. SECTION 541(a) and 542(a) & (e)
AGAINST FORMER COUNSEL**

On this day came to be considered the *Motion for Expedited Setting on Motion To Compel Turnover of Property of the Estate Pursuant to 11 U.S.C. Section 541(a) and 542(a)*

*& (e)* (the "*Motion to Compel Turnover*") filed by Travis Ryan Young, Debtor herein. After consideration of the pleadings and the arguments of Counsel, as well as the Court finding that notice was proper to the necessary Parties, this Court is of the opinion that the relief requested in the *Motion* should be granted in its entirety.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that a hearing on the *Motion to Compel Turnover* will be scheduled for February 13, 2018 @ 10:00 a.m. (MT) in Courtroom No. 1 of the United States Bankruptcy Court for the Western District of Texas located at the 4th Floor, 511 E. San Antonio Ave., El Paso, Texas 79901. Counsel for Travis Young is responsible for *Notice*.

\*\*\*

**ORDER SUBMITTED BY:**

**Carlos A. Miranda, Esq.**
**Carlos G. Maldonado, Esq.**
**MIRANDA & MALDONADO, P.C.**
**5915 Silver Springs, Bldg. 7**
**El Paso, Texas 79912**
**(915) 587-5000 (Telephone)**
**(915) 587-5001 (Facsimile)**
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

**Attorneys for Debtor Travis Ryan Young**