IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS YOUNG, | ) | |
| | ) | |
|     Debtor. | ) | Bankruptcy Case No. 17-30163 |
| | ) | |
| PAMELA YOUNG, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 17-03009 |
| | ) | |
| TRAVIS YOUNG, | ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF HEARING ON**
**DEBTOR'S MOTION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE**
**PURSUANT TO 11 U.S.C. SECTIONS 541(a) and 542(a) & (e)**
**AGAINST FORMER COUNSEL FILED BY TRAVIS RYAN YOUNG**

YOU ARE HEREBY NOTIFIED that a hearing on the *Debtor's Motion to Compel Turnover of Property of the Estate Pursuant to 11 U.S.C. Sections 541(a) and 542(a) & (e) Against Former Counsel* (the "*Motion*") filed by Travis Ryan Young, is hereby scheduled for the **13th day of February, 2018 at 10:00 o'clock a.m.,** before the Honorable H. Christopher Mott, at the El Paso Division of the United States Bankruptcy Court for the Western District of Texas, when and where all persons and parties interested may appear and contest the *Motion*.

Respectfully submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda III, Esq.
Carlos G. Maldonado, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyer.com**

Counsel for Debtor Travis Ryan Young

## CERTIFICATE OF SERVICE

I certify that on the 30th day of January 2018, a copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas to the following Parties and by Regular U.S. Mail as well as those on Exhibit "A", Creditor Matrix.

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.

**Chapter 7 Trustee**
Ronald E. Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927

The Nevarez Law Firm
Michael Nevarez, Esq.
7362 Remcon Cir.
El Paso, TX 79912