# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 17–30163–hcm

Chapter No.: 7

IN RE: **Travis Ryan Young**, Debtor(s)

Adversary Proceeding No.: 17–03009–hcm

Judge: H. Christopher Mott

**Pamela W Young**
Plaintiff

v.

**Travis Ryan Young**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on    **2/13/18 at 10:00 AM**

STATUS Hearing to Consider and Act Upon the Following: (related document(s): 120 Motion for Extension of Deadlines Under Scheduling Order Filed by Corey W. Haugland for Plaintiff Pamela W Young.) Status Hearing Set For 2/13/2018 at 10:00 AM at El Paso Courtroom (Farrar, Ronda)

Dated: 2/1/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]