Expedited hearing shall be held on 2/13/2018 at 10:00 AM in El Paso Courtroom. Movant is responsible for notice.



# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: January 29, 2018.

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRAVIS RYAN YOUNG, | ) | |
| | ) | |
|     Debtor. | ) | Bankruptcy Case No. 17-30163-HCM-13 |
| _____ | ) | |
| | ) | |
| PAMELA YOUNG, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 17-03009 |
| | ) | |
| TRAVIS RYAN YOUNG, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER ON MOTION FOR EXPEDITED SETTING ON
## TRAVIS YOUNG'S MOTION TO COMPEL TURNOVER
## OF PROPERTY OF THE ESTATE
## PURSUANT TO 11 U.S.C. SECTION 541(a) and 542(a) & (e)
## AGAINST FORMER COUNSEL

On this day came to be considered the *Motion for Expedited Setting on Motion To

Compel Turnover of Property of the Estate Pursuant to 11 U.S.C. Section 541(a) and 542(a)*

*& (e)* (the "*Motion to Compel Turnover*") filed by Travis Ryan Young, Debtor herein. After consideration of the pleadings and the arguments of Counsel, as well as the Court finding that notice was proper to the necessary Parties, this Court is of the opinion that the relief requested in the *Motion* should be granted in its entirety.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that a hearing on the *Motion to Compel Turnover* will be scheduled for February 13, 2018 @ 10:00 a.m. (MT) in Courtroom No. 1 of the United States Bankruptcy Court for the Western District of Texas located at the 4th Floor, 511 E. San Antonio Ave., El Paso, Texas 79901. Counsel for Travis Young is responsible for *Notice*.

***

**ORDER SUBMITTED BY:**

**Carlos A. Miranda, Esq.**
**Carlos G. Maldonado, Esq.**
**MIRANDA & MALDONADO, P.C.**
**5915 Silver Springs, Bldg. 7**
**El Paso, Texas 79912**
**(915) 587-5000 (Telephone)**
**(915) 587-5001 (Facsimile)**
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**

**Attorneys for Debtor Travis Ryan Young**

Young,
    Plaintiff                                                   Adv. Proc. No. 17-03009-hcm

Young,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0542-3         User: yarbrough         Page 1 of 1         Date Rcvd: Jan 30, 2018
                          Form ID: pdfintp      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
aty         +Michael R. Nevarez,   The Law Offices of Michael R. Nevarez,   P.O. Box 12247,
             El Paso, TX 79913-0247
pla         +Pamela W Young,   c/o Corey W. Haugland,   James & Haugland, P.C.,   609 Montana Avenue,
             El Paso, TX 79902-5303
dft         +Travis Ryan Young,   6647 Mariposa,   El Paso, TX 79912-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Jan 30 2018 23:32:08
             United States Trustee - EP12,   U.S. Trustee's Office,   615 E. Houston, Suite 533,
             P.O. Box 1539,   San Antonio, TX  78295-1539
                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:
        Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com,
         wendy@eptxlawyers.com
        Corey W. Haugland    on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
        Ronald E Ingalls    ecf@ingallstrustee.com,
         ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
                                                                                                                       TOTAL: 3